IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

WILLIAM GARDNER, et al.,

    Plaintiffs,

vs.                                                       Civ. No. 96-1515 BB/WWD

BOARD OF COUNTY COMMISSIONERS OF
McKINLEY COUNTY, et al.,

    Defendants.

## MEMORANDUM OPINION AND ORDER

This matter comes before the Court upon Plaintiffs' First Motion to Compel (Docket #75) filed January 12, 1998.  Plaintiffs seek an Order directing Defendants Allen, Linville, and Diaz to produce all materials sought by Requests numbered 2, 4, 7, 8, 19, and 20 of Plaintiffs' First Request for Production.  All materials sought by # 19 shall be produced to Plaintiffs forthwith. Materials sought under requests 2, 4, 7, 8, and 20 shall be delivered to the Court for an *in camera* inspection on or before January 28, 1998.  These materials shall be Bates stamped with sequentially numbered pages and Defendants shall furnish an index indicating the number of the Request to which respective pages are responsive.

Discovery shall proceed in accordance with the foregoing.

**IT IS SO ORDERED.**

                                                      _____
                                                      **UNITED STATES MAGISTRATE JUDGE**